450 A.2d 1066

Commonwealth v. Kenny, Appellant.

Submitted May 12, 1982. Norris E. Gelman, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Order affirmed.